```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION

IN RE:  PAUL KENNEDY NORRIS AND    {   CHAPTER 13
        REGINA RICHARDSON-NORRIS,  {
                                   {
        DEBTOR(S)                  {   CASE NO. A16-64387-SMS
                                   {
                                   {   JUDGE: SIGLER
```

**ORDER DENYING MOTION TO DISMISS HELD JUNE 26, 2018**

The above-styled matter came before the Court, and it appearing to the Court, that an agreement was made at the call of the Court's calendar, to a payment arrangement on a strict compliance basis. It is

HEREBY ORDERED, that the regular Chapter 13 Plan payments shall be remitted to the Chapter 13 Plan, commencing with the next plan payment following the entry date of this Order and continuing for twelve (12) months following entry of this Order on a strict compliance basis. It is

FURTHER ORDERED, that should a default occur with any of the above-stated terms the Trustee may submit a Supplemental Report recommending dismissal, and on receipt of such report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice of hearing.

The Clerk of Court is directed to serve a copy of this Order on Debtors, the Debtors' Attorney, and the Chapter 13 Trustee.

End of Document

Presented by:

_____/s/_____
K. Edward Safir, Esquire
for Mary Ida Townson
Standing Chapter 13 Trustee
191 Peachtree Street, N. E.
Suite 2200
Atlanta, Georgia 30303-1740
(404) 525-1110
GA Bar No.:  622149
eds@atlch13tt.com

```
                      UNITED STATES BANKRUPTCY COURT
                      NORTHERN DISTRICT OF GEORGIA
                             ATLANTA DIVISION


    IN RE:   PAUL KENNEDY NORRIS AND     {   CHAPTER 13
             REGINA RICHARDSON-NORRIS,   {
                                         {
             DEBTOR(S)                   {   CASE NO. A16-64387-SMS
                                         {
                                         {   JUDGE: SIGLER
```

**DISTRIBUTION LIST**

MARY IDA TOWNSON
CHAPTER 13 TRUSTEE
SUITE 2200
191 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30303-1740

PAUL KENNEDY NORRIS
1720 SILVERCHASE DRIVE, SW
MARIETTA, GA 30008

REGINA RICHARDSON-NORRIS
1720 SILVERCHASE DRIVE, SW
MARIETTA, GA 30008

NICOLE CARSON
THE CARSON FIRM LLC
SUITE 400E
1995 NORTH PARK PLACE
ATLANTA, GA 30339